LIONEL NAVARRO
B-91886, 5N-100 LOW
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94974

# FILED

JUL **1 8** 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL NAVARRO,                )
                               )
        Petitioner,          )
                               )
  V.                           )
                               )
ROBERT AYERS, JR., Warden,     )
                               )
        Respondent.          )
_____)

No. 2: 08 cv 1659 EGH

### NOTICE AND MOTION OF RELATED CASES

Petitioner Lionel Navarro, ("Navarro"), respectfully files this Notice and Motion of Related Cases and requests that the Court appoint Jennifer Sheetz as counsel. Jennifer Sheetz is appointed counsel sua sponte in the related case now pending before the Court, Case No. C-06-1531 KKK-CMK-P.

Dated: July 14, 2008

                        Respectfully submitted,

                        *Lionel Navarro*

                        Lionel Navarro
                        Petitioner in Pro Se