# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08–cv–01659–GGH

(HC) Navarro et al v. Ayers  
Assigned to: Magistrate Judge Gregory G. Hollows  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/18/2008  
Date Terminated: 08/08/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Lionel Navarro**　　　　　　　　　　　represented by　**Lionel Navarro**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　B–91886  
　　　　　　　　　　　　　　　　　　　　　　　　　　　San Quentin State Prison  
　　　　　　　　　　　　　　　　　　　　　　　　　　　San Quentin, CA 94974  
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Respondent**

**Robert Ayers, Jr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2008 | Ï 1 | PETITION for WRIT of HABEAS CORPUS by Lionel Navarro.(Carlos, K) (Entered: 07/22/2008) |
| 07/18/2008 | Ï 2 | NOTICE of RELATED CASE 2:06–cv–1531 by Lionel Navarro (Carlos, K) (Entered: 07/22/2008) |
| 07/23/2008 | Ï 3 | PRISONER NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Order re Consent) (Carlos, K) (Entered: 07/23/2008) |
| 07/23/2008 | Ï | SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Lionel Navarro (Carlos, K) (Entered: 07/23/2008) |
| 08/08/2008 | Ï 4 | TRANSFER ORDER signed by Magistrate Judge Gregory G. Hollows on 8/8/8, CASE TRANSFERRED to USDC – Northern District of CA. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED, (Becknal, R) (Entered: 08/08/2008) |
| 08/08/2008 | Ï | SERVICE BY MAIL: 4 Case Transferred Out to Another District, Order served on Lionel Navarro (Becknal, R) (Entered: 08/08/2008) |